Charles H. McCrea (SBN #104)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
chm@hmlawlv.com

Justin R. Cruz (admitted *pro hac vice*)
ROCKY MOUNTAIN PATENT, LLC
1514 Blake Street, Suite 200
Denver, CO 80202
T 888.461.4443
jcruz@rockymountainpatent.com

*Attorneys for Plaintiff*
*MUSCULOSKELETAL IMAGING*
*CONSULTANTS, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUSCULOSKELETAL IMAGING CONSULTANTS, LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>RADCLOUD TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Defendants. | Case No.:  2:15-cv-01780-JCM-CWH<br><br>**STIPULATION FOR STAY OF ALL PROCEEDINGS FOR 45 DAYS PENDING FINALIZATION OF SETTLEMENT AND [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff MUSCULOSKELETAL IMAGING CONSULTANTS, LLC ("MSKIC") and Defendant RADCLOUD TECHNOLOGIES, INC. ("RC Technologies"), by and through their respective undersigned counsel, stipulate and agree as follows:

1.     On November 7, 2015 MSKIC and RC Technologies executed a Settlement

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH STREET
SUITE 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 1 of 2

Agreement and Mutual Release ("Settlement Agreement").

2.   The Settlement Agreement provides, in part, that certain actions shall be taken within 35 days of its effective date, which is November 7, 2015. The Settlement Agreement further provides, in part, that upon completion of those actions, the parties shall file with the Court a "Stipulation and [Proposed] Order for Dismissal with Prejudice," which, if approved by the Court, will terminate this action.

3.   In the interest of judicial economy and to enable the parties to complete the actions required by the Settlement Agreement, all further proceedings and deadlines in this action should be stayed for a period of 45 days.

Dated: November 9,2015

HEJMANOWSKI & McCREA LLC

By: */s/Charles H. McCrea*
Charles H. McCrea (SBN #104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
chm@hmlawlv.com

Justin R. Cruz (admitted *pro hac vice*)
ROCKY MOUNTAIN PATENT, LLC
1514 Blake Street, Suite 200
Denver, CO 80202
T 888.461.4443
jcruz@rockymountainpatent.com

*Attorneys for Plaintiff*
*MUSCULOSKELETAL IMAGING*
*CONSULTANTS, LLC*

Dated: November 9,2015

BORGHESE LEGAL, LTD.

By: */s/Mark Borghese*
Mark Borghese (SBN #6231)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for RADCLOUD*
*TECHNOLOGIES, INC.*

**ORDER**

IT IS SO ORDERED.

DATED: November 10, 2015

_____
U.S. MAGISTRATE JUDGE