1  Charles H. McCrea (SBN #104)
   HEJMANOWSKI & McCREA LLC
2  520 South Fourth Street, Suite 320
   Las Vegas, NV 89101
3  T 702.834.8777 | F 702.834.5262
4  chm@hmlawlv.com

5  Justin R. Cruz (*pro hac vice*)
   ROCKY MOUNTAIN PATENT, LLC
6  1514 Blake Street, Suite 200
   Denver, CO 80202
7  T 888.461.4443
8  jcruz@rockymountainpatent.com

9  *Attorneys for Plaintiff*
   *MUSCULOSKELETAL IMAGING*
10 *CONSULTANTS, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MUSCULOSKELETAL IMAGING CONSULTANTS, LLC, a Nevada limited-liability company, | **Case No.: 2:15-CV-01780-JCM-CWH** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| RADCLOUD TECHNOLOGIES, INC., a Nevada Corporation, | |
| Defendants. | |

**STIPULATION**

Plaintiff MUSCULOSKELETAL IMAGING CONSULTANTS, LLC ("MSKIC") and Defendant RADCLOUD TECHNOLOGIES, INC. ("RC Technologies"), by and through their respective undersigned counsel, stipulate and agree as follows:

1.     Pursuant to that certain Settlement Agreement and Mutual Release ("Settlement

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH STREET
SUITE 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 1 of 3

Agreement") executed by MSKIC and RC Technologies on November 7, 2015, the above-captioned action, arising under 15 U.S.C. § 1051 *et seq.* and the common law of the State of Nevada, shall be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs incurred in this action.

3. The venue for enforcing the Settlement Agreement or resolving any dispute arising from the Settlement Agreement shall be the United States District Court for the District of Nevada.

Dated: January 11, 2016

HEJMANOWSKI & McCREA LLC

By: */s/Charles H. McCrea*
Charles H. McCrea (SBN #104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
chm@hmlawlv.com

Justin R. Cruz (*pro hac vice*)
ROCKY MOUNTAIN PATENT, LLC
1514 Blake Street, Suite 200
Denver, CO 80202
T 888.461.4443
jcruz@rockymountainpatent.com

*Attorneys for Plaintiff*
*MUSCULOSKELETAL IMAGING*
*CONSULTANTS, LLC*

Dated: January 11, 2016

BORGHESE LEGAL, LTD.

By: */s/Mark Borghese*
Mark Borghese (SBN #6231)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for RADCLOUD*
*TECHNOLOGIES, INC.*

**ORDER**

IT IS SO ORDERED.

DATED: January 15, 2016.

_____
U.S. DISTRICT COURT JUDGE

**HEJMANOWSKI &**
**McCREA LLC**
ATTORNEYS AT LAW
520 SOUTH FOURTH STREET
SUITE 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 3 of 3